ACCEPTED
01-15-00193-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/30/2015 10:28:54 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00193-CV

## IN THE COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/30/2015 10:28:54 AM
CHRISTOPHER A. PRINE
Clerk

**JOHN LAWTON**
**Appellant.**

**v.**

**DAVID LAWTON, INDIVIDUALLY, AS FORMER INDEPENDENT EXECUTOR OF THE ESTATE OF JOSEPH G. LAWTON, DECEASED, AND AS FORMER AGENT FOR JOSEPH G. LAWTON UNDER A POWER OF ATTORNEY,**
**Appellee.**

**Appeal From Cause No. 14-CCV-053769**
**In the County Court at Law No. 1, Fort Bend County, Texas**

## APPELLEE DAVID W. LAWTON'S UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE BRIEF

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**

J. B. (Trey) Henderson III
State Bar No. 00798251
*thenderson@drhrlaw.com*

N. Kimberly Hoesl
State Bar No. 24040540
*khoesl@drhrlaw.com*

440 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 228-5100 (Tel.)
(713) 228-6138 (Fax)
*Attorneys for Appellee David Lawton, Individually, as Former Independent Executor of the Estate of Joseph G. Lawton, Deceased, and as Former Agent for Joseph G. Lawton Under a Power of Attorney*

**JULY 30, 2015**

**TO THIS HONORABLE COURT:**

Appellee David W. Lawton ("David") files this unopposed motion, pursuant to Texas Rule of Appellate Procedure 10.5(b), respectfully requesting the Court to extend the time to file his appellee's brief in response to the Brief of Appellant filed by John Lawton ("John").

1.     David's appellee brief is due to be filed on August 7, 2015.

2.     David requests an additional thirty (30) days to file his brief.  That is an extension of time through and including September 4, 2015.

3.     This is David's first request for an extension of time to file the appellee brief.

4.     David requests additional time to prepare and file the brief, in part because David's counsel was on vacation the first two weeks following the filing of John's Brief of Appellant.  As a result of that delay, plus counsel's other professional obligations, the amount of time available for David's counsel to prepare the appellee brief is significantly reduced.

5.     This extension is not sought for delay but so that the justice may be done.

6.     As set forth in the Certificate of Conference below, this motion for extension of time is unopposed.

For these reasons, David prays that this Court grant an extension of time to file his appellee brief in this matter through and including September 4, 2015.

Respectfully submitted,

 /s/ N. Kimberly Hoesl _____
   J. B. (Trey) Henderson III
   State Bar No. 00798251
   thenderson@drhrlaw.com

   N. Kimberly Hoesl
   State Bar No. 24040540
   khoesl@drhrlaw.com

   DOYLE RESTREPO HARVIN & ROBBINS, L.L.P.
   440 Louisiana, Suite 2300
   Houston, Texas 77002
   (713) 228-5100 Telephone
   (713) 228-6138 Facsimile

   ***Attorneys for Appellee David Lawton, Individually, as Former Independent Executor of the Estate of Joseph G. Lawton, Deceased, and as Former Agent for Joseph G. Lawton Under a Power of Attorney***

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I conferred with counsel for Appellant John Lawton, who stated that he is not opposed to the relief requested in this motion.

/s/ N. Kimberly Hoesl _____
N. Kimberly Hoesl

2

**CERTIFICATE OF SERVICE**

As required by Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that a true copy of Appellee David W. Lawton's Unopposed Motion to Extend Time to File Appellee Brief has been served on all other parties—listed below—on July 30, 2015, as follows:

Constance H. Pfeiffer                        ***Attorneys for Appellant John Lawton***
William R. Peterson
BECK REDDEN LLP
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
cpfeiffer@beckredden.com

Esther Anderson
ANDERSON PFEIFFER, PC
845 FM 517 West, Suite 200
Dickinson, Texas 77539
esther@probateguardianship.com

　*_X_　By electronic service*
　*_X_　By e-mail*

/s/ N. Kimberly Hoesl _____
N. Kimberly Hoesl

July 30, 2015_____
Date

3